UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JULIANA LU, | Case No. 2:20-cv-00431-JAD-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| JAPAN, | |
| Defendant. | |

Before the Court is Plaintiff's filing titled "Re Affidavit in Support for Extension of Time."[1] ECF No. 16.

Local Rule ("LR") 7-2 permits the filing of a motion, a response, and a reply. A document not allowed by LR 7-2 or otherwise permitted by order of this Court is a fugitive document and must be stricken from the record. *Reiger v. Nevens*, No. 3:12-cv-00218-MM-VPC, 2014 WL 537613, at \*2 (D. Nev. Feb. 7, 2014). Here, Plaintiff Juliana Lu submitted an Affidavit prepared by the president of a process serving company she apparently retained to assist to effectuate service on Defendant, the country of Japan. ECF No. 16. However, Plaintiff failed to file a motion requesting an extension of time to serve Defendant and offers no points and authorities in support of the submitted Affidavit.

While the Court is empowered to strike the Affidavit as a fugitive document, it appears Plaintiff may be attempting to commence the service process on Japan in accordance with the Hague Service Convention. Thus, the Court, in its discretion, grants Plaintiff one thirty day extension of time to demonstrate that she is, in fact, actively seeking to serve Defendant in accordance with applicable law.

---

[1] The Court has made typographical changes to the title of Plaintiff's filing for the sake of clarity.

1

Accordingly,

IT IS HEREBY ORDERED that Plaintiff shall have **thirty (30) calendar days** from the date of this Order to commence actual service process on Defendant in accordance with the Hague Service Convention.

IT IS FURTHER ORDERED that Plaintiff shall file a status report with the Court, no later than **September 14, 2020**, identifying each step taken to effect such service.

IT IS FURTHER ORDERED that failure to demonstrate specific steps are being taken to serve process on Defendant through the Hague Service Convention may lead to a recommendation that Plaintiff's Complaint be dismissed without prejudice.

DATED THIS 11th day of August, 2020.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE